IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JIMMY MACK RICE,** | : | |
| Plaintiff, | : | |
| | : | No. 5:23-cv-00391-MTT-CHW |
| v. | : | |
| **WARDEN BERRY,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U. S. Magistrate Judge |
| | : | |

# ORDER

*Pro se* Plaintiff Jimmy Mack Rice, a prisoner at Ware State Prison in Waycross, Georgia, has filed a civil rights complaint brought under 42 U.S.C. § 1983. ECF No. 1. Plaintiff has also filed an incomplete motion to proceed *in forma pauperis*. ECF No. 2. A prisoner seeking to proceed without prepayment of filing fees must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

In this case, Plaintiff has not submitted a certified copy of his inmate trust fund account for the preceding six months. Thus, in order to proceed, Plaintiff must either pay the $402.00 filing fee or file a certified account statement for the preceding six months signed by a jail official so that the Court may properly evaluate his motion to proceed *in forma pauperis*. Plaintiff is further advised that even if he is allowed to proceed *in forma pauperis*, he may be obligated to pay an initially partial filing fee, and

then money will be deducted from his account until the filing fee ($350.00) is paid in full. Thus, if allowed to proceed *in forma pauperis*, a Plaintiff must nevertheless pay the full amount of the filing fee in installments based on funds in the prisoner's account even if the Plaintiff's complaint (or any part thereof) is dismissed. 28 U.S.C. § 1915(b).

The **CLERK** is **DIRECTED** to forward an account certification form to Plaintiff along with a service copy of this Order (with the case number showing on both). Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this order to file a certified account statement for the preceding six months. Plaintiff shall also notify this Court in writing of any change in his address. Failure to fully and timely comply with this Order may result in the dismissal of Plaintiff's complaint. There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 26th day of October, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge