IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JIMMY MACK RICE,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:23-cv-391-MTT-CHW |
| | : | |
| V. | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **Warden BERRY,** *et al.*, | : | Before the U.S. Magistrate Judge |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff Jimmy Mack Rice, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his incarceration at Baldwin State Prison. (Doc. 1). His complaint has been screened (Doc. 24), but the recommendation has not yet been considered by the District Judge. Based upon the recommendation to allow Plaintiff's claims against Defendants Padraza and Martin to proceed for factual development (*id*.), the Clerk of Court issued service paperwork for them on February 15, 2024. (Docs. 25, 26). Plaintiff has now filed what has been docketed as a motion for discovery (Doc. 27), wherein he asks that all material, statement, and a witness list be produced.

As explained in the screening recommendation, discovery will not commence in this action until the Defendants are served and respond to the complaint. (Doc. 24, p. 17-18). As Defendants have not yet been served, discovery has not commenced. Plaintiff's motion for discovery (Doc. 27) is premature and is **DENIED**.

**SO ORDERED**, this 21st day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge