IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JIMMY MACK RICE,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:23-cv-391-MTT-CHW |
| | : | |
| v. | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **Warden BERRY,** *et al.***,** | : | Before the U.S. Magistrate Judge |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Before the Court is a request from Plaintiff for a "detailed list of upcoming events," which appears to be a request for a schedule or calendar of deadlines in the case. (Doc. 70). This document was mailed on August 9, 2024, three days after the Court entered an Order (Doc. 67) denying Plaintiff's discovery motions, setting aside default against Defendant Martin, and extending the discovery period in the case. It appears that Plaintiff had not received that Order at the time he filed his request.

As explained in the Court's recent Order (Doc. 67), service remains pending for Defendants Little and Williams, Defendant Martin has been allowed to respond to Plaintiff's complaint, the discovery period for Defendants Martin and Padraza will run until November 25, 2024, and dispositive motions will be due on December 27, 2024. There are no orders or motions currently pending for which a response is required from Plaintiff.

For more information as to what is permitted during the discovery period, Plaintiff is directed to review the Federal Rules of Civil Procedure and the Court's screening orders,

which explain what discovery he may seek and what his obligations are to respond to any discovery requests he may receive. *See* (Doc. 24, p. 17-19; Doc. 56, p. 11-13). To the extent that Plaintiff's request (Doc. 70) is characterized as a motion, it is hereby **TERMINATED** as moot.

    **SO ORDERED**, this 20th day of August, 2024.

                                                  s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge