**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JIMMY MACK RICE,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**Warden BERRY, et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **CIVIL ACTION NO. 5:23-cv-391 (MTT)** |

## SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed with prejudice, subject to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 30th day of April, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT