IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JIMMY MACK RICE,                             *

                Plaintiff,        *

v.                                           Case No. 5:23-cv-00391-MTT-CHW

                            *

WARDEN BERRY et al,                          *

                Defendants.        *

                            *

## J U D G M E N T

Pursuant to this Court's Order dated April 30, 2026, and for the reasons stated therein, JUDGMENT is

hereby entered dismissing this case.

      This 30th day of April, 2026.

                    David W. Bunt, Clerk


                    s/ Raven K. Alston, Deputy Clerk